**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00777-CV

**DALLAS/FORTWORTH INTERNATIONAL AIRPORT BOARD, Appellant**

**V.**

**ASSOCIATION OF TAXICAB OPERATORS, USA, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00279**

## ORDER

The Court has before it appellee's May 23, 2013 first motion for extension of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellee on May 23, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
         JUSTICE